# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08cv536

| | |
|---|---|
| HUBERT C. HELMS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **MEMORANDUM OF<br>DECISION AND ORDER** |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss Plaintiff's Complaint For a Lack of Subject Matter Jurisdiction. [Doc. 8].

The Defendant Michael J. Astrue, Commissioner of Social Security, moves the Court for a dismissal of the Plaintiff's Complaint for a lack of subject matter jurisdiction. [Doc. 8]. For grounds, the Defendant contends that the Plaintiff has failed to exhaust his administrative remedies and therefore has not received a final decision of the Commissioner. [Doc. 9]. The Plaintiff does not contest the Defendant's Motion to Dismiss. [Doc. 12].

Upon careful review of the Defendant's Motion, the Court concludes that the Plaintiff has not exhausted his administrative remedies with respect to his claim to a period of disability, Disability Insurance Benefits, and Supplemental Security Income benefits, and thus, there is no "final decision" of the Commissioner that is subject to judicial review pursuant to 42 U.S.C. § 405(g). Furthermore, the Plaintiff has not alleged any reason for this Court to excuse his failure to exhaust his administrative remedies. See Heckler v. Ringer, 466 U.S. 602, 618, 104 S.Ct. 2013, 80 L.Ed.2d 622 (1984).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Dismiss Plaintiff's Complaint For a Lack of Subject Matter Jurisdiction [Doc. 8] is **GRANTED**, and this case is hereby **DISMISSED**. A Judgment shall be entered simultaneously herewith.

**IT IS SO ORDERED.**

Signed: April 3, 2009

Martin Reidinger
United States District Judge