IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:08cv536

| | |
|---|---|
| HUBERT C. HELMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Dismiss Plaintiff's Complaint For a Lack of Subject Matter Jurisdiction [Doc. 8] is **GRANTED**, and this case is hereby **DISMISSED**.

Signed: April 3, 2009

Martin Reidinger
United States District Judge